*Complaing.*

FILED in the Middle District of North Carolina
03/25/2024
3:30 P.M.
Clerk, US District Court
By: ____CLC____

Motion for Wrongful l Arrest Defamation of character discrimination racial Sexism negligence.

24 cv 268

VANUZIA DE MORAES

145 CORBAN AV APT G CONCORD NC 28025

X

UNION COUNTY POLICE DEPT

3344 PRESSON RD MONROE NC 28112

704 283 3769

I vannuzia de moraes come here to claim to the honorable federal court that my civil rights were violated by union county police dept at the picture date when I was wrongful arrest at school and before neglected bringing lot consequences to my whole life and health life time when I was reporting crimes done by my ex husband during divorce dispute and separation they were making ridiculous of me and ignoring me all this reflect in my cases at court besides during moment of decision they arrest me inside sun valley school while I was providing evidences of all what

my ex was doing was showing they were covering his back the wrongful arrest was done march 25 two years ago inside sun valley school at jail I was denied medical help when they knew I was patient of high blood pressure they hold looked inside one room and I was begging my medicine and numbers to call my family I was saying all what was done with me but they were ignoring like I said before covering my ex while was about to have decision in my properties division well, in consequence of this the arrest sink my case I lost my case when the courts overruled about my company and gave to him what I did with him also gave to one man who was doing crimes against I feel very in conflict with the law everything what was done in union by police and courts were no matching with the constitutional laws and north of Carolina laws the arrest bring life time health issues when my body reacted for so many hours in stress and high blood pressure messing my glands and organs consequences were diabetes and obesity emotional depression lost of all my financial life done by many years my school UNCC my income coming from my company in dispute what was generating more than half million dollars year and my personal social and whole life after the defamation was done by phone and median they call police dept and say bad about me because sound they were trying make my ex who is involved with crimes win over me they ignoring at court my evidences and my word was muted by the whole police dept and system in union let my ex free with the money stolen and nothing was done everything was dismiss my voice was cancel and the crimes done covered I was feeling the woman have no voice in union county police dept and courts where something is very wrong over there well I come here to ask 3 million dollars in consequence of all terror I have live because they negligence discrimination defamation of my character and arrest done in one moment of my life where I was explain what my ex was doing but they

bulling on me and make like I was nobody they were blind an deaf for my voice of HELP! No one help me there he win all and giving for the criminal with him one luxury life I am in very struggle situation living very poor sick and my life and health is very poor the arrest brought to the media my picture where lot people saw and I lost lot social life school became very depressed and sick beside I lost my income house what I was disputing I hope here at federal courts justice be done my rights be reestablished and mistake done be correct where is in conflict with the law , nothing be ignored but see my evidence and listen to my voice and return what is mine and pay what they did wrong with me my compensation because the consequences were huge.

Vanuzia de moraes  march 22 /2024

145 CORBAN AV
CONCORD NC 28025.
704 4926446

*Vanf de Moraes*

3/25/2024

# CIVIL PROCESS PAPER

A Deputy Sheriff is trying to make contact with: _____

to serve a civil process paper. Please contact deputy:

at 704-283-3789 and mention this notice.

**HOW CAN I GET AN INCIDENT REPORT?**
Incident reports can be picked at the sheriff's office during regular business hours or on www.ucso.us anytime. The records office is open Monday-Friday from 9am to 5pm holidays excluded. Please wait three (3) business days from the time you reported the incident to us, before trying to obtain one.

**INCIDENT REPORT NUMBER:** 2024-01060

Date Reported: 2-18-2024

Deputy Sheriff: N. Kinder
(1-Victim) / (2-Witness) / (3-Suspect)

---

# UNION COUNTY SHERIFF'S OFFICE
3370 Presson Road
Monroe, NC 28112-9140
(704) 283-3789
**EMERGENCY 911**
Non-Emergency Number (704) 289-1591

www.ucso.us

**DIRECTIONS FROM US-74 AT I-485**

Travel east via US-74 (Independence Blvd.) through Monroe, for a distance of 16 miles. Presson Road intersects US-74 at two points (prior to entering the Wingate Town Limits.) Turn right at the second intersection of Presson Road, then take an immediate left at the next driveway. Animal Services is on the corner. The Sheriff's Office, Jail and Magistrate's Office will be at the end of the drive. Visitor parking is on the right.



**CRIMESTOPPERS**
Up to $1,000 reward for tips leading to arrest & conviction of criminal perpetrators.
Call (704) 283-5600

---

# OFFICE OF THE SHERIFF
## UNION COUNTY

If you are involved in an incident in Union County, North Carolina this pamphlet was compiled to assist you with questions you may have.



*Sheriff Eddie Cathey*
Proudly serving as
Sheriff of Union County
since 2002

## (Victims Rights On Certain Violent Crimes)

**Union County District Attorney**
**(704) 698-3110**

You have the right to be given information about the crime, how the criminal justice system works, the rights of victims, and the availability of services to victims. You have the right to be informed of and be present at court proceedings of the accused. You have the right to talk with the prosecutor and provide a Victim Impact Statement (VIS). You have the right to be heard at the sentencing of the accused and at other times as allowed by law. You have the right to receive restitution. You have the right to receive information about the conviction or final disposition and sentence of the accused. You have the right to present your views and concerns to the Governor or agency considering the release of the accused. **A Victim's Responsibilities:** If you wish to receive notification and to be informed of court proceedings you must notify your Victim Witness Assistant at the District Attorney's office of any change of address or telephone number you may have. **What to do if threatened or intimidated:** Threatening a witness is a crime in North Carolina. If you receive a threat from the defendant or anyone else, call the sheriff's office or contact the prosecutor or the Victim Witness Assistant in the District Attorney's office. **Victim's Compensation Program:** The Victims Compensation Program, administered by the Division of Victim and Justice Services, is designed to assist persons and crime survivors who suffer personal injury or death caused by criminal conduct which occurred on or after August 13, 1987. Under North Carolina law, the victim, his/her survivors, or a legal representative may file a claim within two (2) years to receive compensation from this fund. www.nccrimecontrol.org/vis **Who is eligible for Compensation?** The victim, a dependant of a deceased victim, a person who is authorized to act on behalf of a victim or dependant, a third person who provided benefit to the victim of his/her family other than in the course or scope of his employment, business or profession. **What may be compensated?** The compensation program is designed to cover medical expenses, lost wages, and/or replacement services (i.e. childcare expenses). A maximum of $30,000 may be paid for any award except when the victim dies as a result of the crime. In that case, an additional $3,500 may be paid to survivors for funeral expenses. **The District Attorney's Responsibilities to Victims:** The District Attorney's office will notify you, if you wish, of information concerning court proceedings.

## VICTIM'S RIGHTS CONTINUED

The District Attorney's office will provide you the opportunity to talk with the attorney prosecuting the case, before the case is disposed, about your views of the disposition of the case. The District Attorney's office will provide you a secure waiting area during court proceedings, if at all possible and practical. The District Attorney's office will, prior to disposing of the case, offer you the right to make a statement telling the sentencing judge the impact this case has had on you. The District Attorney's office will notify you in writing about what has happened in your case within thirty (30) days of the final proceeding. If the defendant appeals the verdict, the District Attorney's office will forward to the Attorney General's office the appropriate information about you so they can inform you on how the appellate process works. **SAVAN - Statewide Automated Victim Assistance and Notification** SAVAN is a free, anonymous, computer-based telephone program that provides victims of crime with two important services: information and notification. The SAVAN program is designed to provide you with a quick easy access to offender information and to alert you when an offender's custody status changes. Do not depend solely on SAVAN or any other program for your safety. SAVAN is a new program and may not be available in all North Carolina counties. For more information visit SAVAN's website at www.ncsavan.org

## *IMPORTANT TELEPHONE NUMBERS*

| | |
|---|---|
| American Red Cross | (704) 283-7402 |
| Animal Services | (704) 283-3554 |
| Anson County Sheriff's Office | (704) 694-4188 |
| Battered Women's Shelter | (704) 283-7233 |
| Cabarrus County Sheriff's Office | (704) 920-3000 |
| Center for Missing Children | (800) 843-5678 |
| Charlotte-Mecklenburg Police Dept. | (704) 336-7600 |
| Chesterfield County Sheriff's Office | (843) 623-2101 |
| Clerk of Superior Court | (704) 698-3100 |
| Community Corrections | (704) 289-1170 |
| County Jail | (704) 292-2646 |
| Union County Government Center | (704) 283-3500 |
| Daymark Recovery Services (24/7) | (866) 275-9552 |
| DMV Driver's License Examiner | (704) 283-4264 |
| DMV License Plate Bureau | (704) 283-4113 |
| Fire Marshals Office | (704) 283-3524 |
| Guardian ad Litem | (704) 698-3100 |
| Highway Patrol | (704) 292-1539 |
| Highway/Road Conditions | 511 |
| Indian Trail Sheriff's Office | (704) 283-3791 |
| Department of Juvenile Justice | (704) 289-4169 |
| Lancaster County Sheriff's Office | (803) 285-1565 |
| Magistrate's Office | (704) 292-2748 |
| Monroe Police Department | (704) 282-4700 |
| Piedmont Behavioral Health (24/7) | (800) 939-5911 |
| Poison Control Center | (800) 848-6946 |
| Rape Crisis Hot line | (704) 283-7770 |
| Salvation Army | (704) 332-1171 |

## COUNTY INFORMATION

Established in 1842, Union County is one of the fastest growing counties in the State of North Carolina. It provides a unique blend of rural and metropolitan lifestyles. While having vast areas of nature untouched by development, it also has areas flourishing in suburban and industrial growth. The primary factors contributing to Union's economic growth are agriculture, business and industry. Situated in the south central piedmont area of North Carolina, the county's population is estimated at 193,000 with approximately square miles of land area.

## WHERE DO I GO TO SWEAR OUT A WARRANT?

The Magistrate's Office located on Pressley Road. Follow the directions on front to the Sheriff's Office. A Magistrate is on duty 24 hours a day, seven days a week.

## WILL THE SHERIFF'S OFFICE SERVE PAPERS FOR ME?

Absolutely! There is no charge for Criminal Papers. There may be a charge for some civil process papers. Your first step in the civil process (lawsuits, evictions, etc.) is to go to the Clerk of Court's Office located in the Courthouse, and fill out the appropriate form for the type of civil paper you need. There is a fee which is payable to the Clerk's Office varying in cost depending on the type of paper and the number of people to be served. Assistance with the filing is available from the Clerk. Once the paper is filled out and filed with the Clerk's Office, it is automatically sent to the Sheriff's Office for service. The paper will be served as expediently as possible, but successful service is dependant on the accuracy and amount of information you provide, such as the current address and place of employment of the person to be served.