IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

VANUZIA DE MORAES,            )
                              )
           Plaintiff,         )
                              )
    v.                        )      1:24-cv-268
                              )
UNION COUNTY POLICE           )
DEPARTMENT,                   )
                              )
           Defendant.         )

### ORDER

On May 14, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 4, 5). No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS HEREBY ORDERED** that the Magistrate Judge's Recommendation, (Doc. 4), is **ADOPTED. IT IS FURTHER ORDERED** that the Clerk of Court shall **TRANSFER** this case to the United States District Court for the Western District of North Carolina for further proceedings.

A Judgment transferring this action will be filed contemporaneously with this Order.

This the 9th day of June, 2025.

                                                                      /s/ William L. Osteen, Jr.
                                                                        United States District Judge